NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

04-1080

ANDREA M. EDMONDSON

VERSUS

DR. STANLEY T. HOOVER

**********

APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NO. 20030769
HONORABLE PATRICK L. MICHOT, DISTRICT JUDGE

**********

JOHN B. SCOFIELD
JUDGE

**********

Court composed of Billie Colombaro Woodard, Elizabeth A. Pickett, and John B. Scofield, Judges.

AFFIRMED.

Lawrence D. Wiedemann
821 Baronne St.
New Orleans, LA 70113
Counsel for Plaintiff-Appellant
        Andrea M. Edmondson

Nicholas Gachassin, Jr.
P. O. Box 2850
Lafayette, LA 70502
Counsel for Defendant-Appellee
        Dr. Stanley T. Hoover

SCOFIELD, Judge.[*]

_____

[*]   The Honorable John B. Scofield participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore.